

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Valerie Renee Barrera,

Vs. No. 11-18-00035-CR

The State of Texas,

\* From the 42nd District Court
  of Taylor County
  Trial Court No. 27089A.

\* January 16, 2020

\* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.